THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 George Vessell, Appellant,
 
 
 

v.

 
 
 
 Jane M.
 Knagenhjelm, personally; The Estate of Ludvig Knagenhjelm; the Unknown Heirs
 of Ludvig Knagenhjelm; Jane M. Knagenhjelm, as Personal Representative of the
 Estate of Ludvig Knagenhjelm and Kathy Knagenhjelm, Respondents.
 
 
 

Appeal from Dorchester County
 James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-540  
 Submitted November 1, 2011  Filed
December 5, 2011

APPEAL DISMISSED

 
 
 
 George Vessell, pro se, of Summerville.
 Christopher David Lizzi, of North
 Charleston, for Respondents.
 
 
 

PER CURIAM:  On
 appeal, George Vessell asserts multiple issues regarding a circuit court order
 that memorializes an agreement between Vessell and Jane Knagenhjelm, Kathy Knagenhjelm,
 and the estate and unknown heirs of Ludvig Knagenhjelm.  We dismiss[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  Calcutt v.
 Calcutt, 282 S.C. 565, 572, 320 S.E.2d 55, 59 (Ct. App. 1984) ("It is
 well settled an appeal will not be entertained from an order by consent."). 
APPEAL
 DISMISSED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.